**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Arizona

Case number (*If known*): ______________________ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

**1. Debtor's name** GTLK Europe Capital DAC (in liquidation)

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☑ Other 619002. Describe identifier Corporate registry number.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other ______________________. Describe identifier ______________________.

**3. Name of foreign representative(s)** Damien Murran and Julian Moroney

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred** High Court of Ireland Case Record Number 2023 No. 88 COS

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

______________________________________________

______________________________________________

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Ireland

**Debtor's registered office:**

3rd Fl., 20 on Hatch, Lower Hatch Street
Number Street

P.O. Box

Dublin D02 XH02
City State/Province/Region ZIP/Postal Code

Ireland
Country

**Individual debtor's habitual residence:**

Number Street

P.O. Box

City State/Province/Region ZIP/Postal Code

Country

**Address of foreign representative(s):**

3rd Fl., 20 on Hatch, Lower Hatch Street
Number Street

P.O. Box

Dublin D02 XH02
City State/Province/Region ZIP/Postal Code

Ireland
Country

**10. Debtor's website** (URL)

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

- ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
- ☐ Partnership
- ☐ Other. Specify: ____________________

☐ Individual

**12. Why is venue proper in *this district*?**

*Check one:*

- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
  ______________________________.
- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
  ______________________________.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Damien Murran
Signature of foreign representative

Damien Murran
Printed name

Executed on 08/06/2024
MM / DD / YYYY

✘ ______________________
Signature of foreign representative

______________________
Printed name

Executed on ____________
MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Thomas J. Salerno
Signature of Attorney for foreign representative

Date 08/06/2024
MM / DD / YYYY

Thomas J. Salerno
Printed name

Stinson LLP
Firm name

1850 N. Central Avenue, Suite 2100
Number Street

Phoenix
City

AZ
State

85004-4584
ZIP Code

(602) 279-1600
Contact phone

thomas.salerno@stinson.com
Email address

007492
Bar number

AZ
State